# District Court Of Appeal Of The State Of Florida
## Fourth District

**MARQUIS DURRELL SCRUGGS,**
Petitioner,

v.

**STATE OF FLORIDA,**
Respondent.

No. 4D15-987

[May 6, 2015]

Writ of Prohibition to the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 2014CF007874AXX.

Carey Haughwout, Public Defender, and Harris Printz, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

Per Curiam.

*Denied.  See State v. Ingraham*, 43 So. 3d 164 (Fla. 4th DCA 2010).

Stevenson, Taylor and Gerber, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***